UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHEAUME HOLDINGS, LTD.,<br><br>Plaintiff,<br><br>- against -<br><br>RAYMOND JAMES FINANCIAL SERVICES, INC., BRITE BUSINESS CORPORATION, MARTIN D. FIFE, DENNIS HERULA, SEA VIEW DEVELOPMENT AND HOLDINGS, LTD., MARY LEE CAPALBO, AND DAVID L. ULLOM,<br><br>Defendants. | Civil Action No. 02-400-ML |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF ATTORNEY RACHEL S. SPOONER**

Please withdraw pursuant to Local Rule 6(d) the appearance of Rachel S. Spooner as one of the counsel for defendant Raymond James Financial Services, Inc. ("Raymond James") in the above-captioned matter.

Anthony M. Feeherry, P.C. of Goodwin Procter LLP, and Joseph A. Kelly and Scott D. Levesque of Carroll, Kelly & Murphy shall continue their appearance as counsel of record for Raymond James.

Dated: August 22, 2005

Respectfully submitted,

RAYMOND JAMES FINANCIAL SERVICES, INC.

By its attorneys,

Anthony M. Feeherry, P.C. (BBO # 160860)
*(admitted pro hac vice)*
Rachel S. Spooner (BBO # 643626)
*(admitted pro hac vice)*
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Joseph A. Kelly (RI Bar # 1231)
Scott D. Levesque (RI Bar # 5654)
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272

## CERTIFICATE OF SERVICE

I, Rachel S. Spooner, do hereby certify that on August 22, 2005, the foregoing Notice of Withdrawal of Appearance has been duly served by delivering a copy of same by first-class mail, postage-prepaid upon all counsel of record.

Dated: August 22, 2005

Rachel S. Spooner

LIBA/1574230.1