UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHEAUME HOLDINGS, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND JAMES FINANCIAL SERVICES, INC., BRITE BUSINESS CORPORATION, MARTIN D. FIFE, DENNIS HERULA, SEA VIEW DEVELOPMENT AND HOLDINGS, LTD., MARY LEE CAPALBO, DAVID L. ULLOM<br><br>Defendants. | Civil Action No. 02-400 ML |

**DISMISSAL STIPULATION**

Rheaume Holdings, LTD's, claims against Mary Lee Capalbo, Brite Business Corporation, Sea View Development and the Estate of Martin D. Fife, including but not limited to any and all claims that have been assigned to Raymond James Financial Services, Inc. as against those parties, are dismissed with prejudice, no interest, no costs with appellate rights waived.

The Estate of Martin D. Fife's crossclaims against David L. Ullom, Dennis Herula, Mary Lee Capalbo and Raymond James Financial Services, Inc. are dismissed with prejudice, no interest, no costs with appellate rights waived.

Rheaume Holdings, LTD
By its Attorneys,

Mark W. Freel (#4003)
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
Fax (401) 276-6611

Mary Patricia Cormier, Esq.
Barbara L. Moore, Esq.
Edwards & Angell
101 Federal Street, 23rd Floor
Boston, MA 02119-1800

Raymond James Financial Services, Inc.
By its Attorneys,

Joseph A. Kelly (#1231)
Scott D. Levesque (#5654)
Carroll, Kelly & Murphy
One Turks Head Place – Suite 400
Providence, Rhode Island 02903
(401) 331-7272
Fax (401) 331-4404

Anthony M. Feeherry, P.C. (Pro Hac)
GOODWIN PROCTOR LLP
Exchange Place
Boston, MA 02109-2881

The Estate of Martin D. Fife
By its Attorneys,

Matthew F. Medeiros (#1856)
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 272-8080
Fax (401) 272-8195

Donald S. Zakarin, Esq.
Kathryn E. Wagner, Esq.
Pryor Cashman Sherman & Flynn, LLP
410 Park Avenue
New York, NY 10022

David L. Ullom
By his Attorneys,

Howard A. Merten (#3171)
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210

Dennis Herula
By his Attorneys,

Jeffrey C. Schreck (#2428)
One Providence Washington Plaza, 5th Floor
Providence, RI 02903
(401) 421-9600
Fax (401) 331-9267

Mary Lee Capalbo
By her Attorneys,

Kevin J. Bristow (#3984)
1309 Turks Head Building
Providence, RI 02903
(401) 521-2800
Fax (401) 521-2812

**CERTIFICATION**

I hereby certify that on the 27th day of September, 2006, I mailed a true and accurate copy of the within Order by regular mail, postage prepaid, to:

Matthew F. Medeiros, Esq.
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street, 5th Floor
Providence, RI 02903

Donald S. Zakarin, Esq.
Kathryn E. Wagner, Esq.
Pryor Cashman Sherman & Flynn, LLP
410 Park Avenue
New York, NY 10022

Mark W. Freel, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Mary Patricia Cormier, Esq.
Barbara L. Moore, Esq.
Edwards & Angell
101 Federal Street, 23rd Floor
Boston, MA 02119-1800

Jeffrey C. Schreck, Esq.
One Providence Washington Plaza
Providence, RI 02903

Barbara Fife
25 Central Park West, #21J
New York, NY 14605

Howard A. Merten, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

Kevin Bristow, Esq.
Bristow & Coyne
1309 Turks Head Building
Providence, RI 02903